SUE TRAZIG CAVACO, ESQ.
Nevada Bar No. 6150
**DIMOPOULOS INJURY LAW**
6671 S. Las Vegas Blvd., Suite 275
Las Vegas, NV 89119
Tel.: (702) 800-6000
Fax: (702)2242114
stc@stevedimopoulos.com

Attorneys for Plaintiff
ALESSANDRO LUIZ GOMES ALMEIDA

NICOLE M. HAMPTON
Nevada Bar No. 16090
nhampton@lawhhp.com
**HINES HAMPTON PELANDA, LLP**
400 S. 4th Street, Suite 500
Las Vegas, NV 89101
Tel.: (702) 933-7829
Fax: (702) 947-6757

Attorneys for Defendant,
ALLIED INSURANCE COMPANY OF AMERICA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALESSANDRO LUIZ GOMES ALMEIDA, individually,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED INSURANCE COMPANY OF AMERICA, a Foreign Corporation; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive<br><br>Defendants. | **Case No.:  2:24-CV-02202-GMN-NJK**<br><br>**STIPULATION TO DISMISS THE ACTION IN ITS ENTIRETY WITH PREJUDICE** |

**TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF NEVADA, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

1

Plaintiff Alessandro Luiz Gomes Almeida ("Plaintiff") and Defendant Allied Insurance Company of America ("Defendant"), by and through their attorneys of record, having entered into a written confidential settlement agreement, and pursuant to *Federal Rules of Civil Procedure* 41(a), hereby stipulate and agree to dismiss the above-referenced action in its entirety, including all claims that were and could have been asserted herein, with prejudice.

The parties have agreed that each side shall bear its own costs and fees.

**IT IS SO STIPULATED.**

Dated:  June 6, 2025        **DIMOPOULOS INJURY LAW**

By:     */s/ Sue Trazig Cavaco*
        Sue Trazig Cavaco
        Attorney for Plaintiff,
        ALESSANDRO LUIZ GOMES ALMEIDA

Dated:  June 6, 2025        **HINES HAMPTON PELANDA LLP**

By:     */s/ Nicole M. Hampton*
        Nicole M. Hampton
        Attorney for Defendant,
        ALLIED INSURANCE COMPANY
        OF AMERICA

ATTESTATION OF CONCURRENCE IN FILING

I hereby attest and certify that on June 6, 2025, I received concurrence from Plaintiff's counsel, Sue Trazig Cavaco, to file this document with his electronic signature attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 6, 2025.

*/s/ Nicole M. Hampton*
Nicole M. Hampton

SUE TRAZIG CAVACO, ESQ.
Nevada Bar No. 6150
**DIMOPOULOS INJURY LAW**
6671 S. Las Vegas Blvd., Suite 275
Las Vegas, NV 89119
Tel.: (702) 800-6000
Fax: (702)2242114
stc@stevedimopoulos.com

Attorneys for Plaintiff
ALESSANDRO LUIZ GOMES ALMEIDA

NICOLE M. HAMPTON
Nevada Bar No. 16090
nhampton@lawhhp.com
**HINES HAMPTON PELANDA, LLP**
400 S. 4th Street, Suite 500
Las Vegas, NV 89101
Tel.: (702) 933-7829
Fax: (702) 947-6757

Attorneys for Defendant,
ALLIED INSURANCE COMPANY OF AMERICA

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALESSANDRO LUIZ GOMES ALMEIDA, individually,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED INSURANCE COMPANY OF AMERICA, a Foreign Corporation; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive<br><br>Defendants. | Case No.: 2:24-CV-02202-GMN-NJK<br><br>**ORDER GRANTING STIPULATION TO DISMISS THE ACTION IN ITS ENTIRETY WITH PREJUDICE** |

Having considered the Parties Stipulation to Dismiss the Entire Action with Prejudice, IT IS HEREBY ORDERED that this matter be dismissed in its entirety with prejudice. Each party will bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated this __9__ day of June, 2025.

_____
Honorable Gloria M. Navarro
United States District Judge